# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                        Crim. No. 7:08-CR-84-1D

**EVANGELO RANDOLPH BOWDEN**

On October 18, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton               /s/ John A. Cooper  
Robert L. Thornton                     John A. Cooper  
Supervising U.S. Probation Officer       U.S. Probation Officer  
                                               2 Princess Street, Suite 308  
                                               Wilmington, NC 28401-3958  
                                               Phone: 910-679-2046  
                                               Executed On: December 20, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27__ day of __December__, 2017.

                                                James C. Dever III  
                                                Chief U.S. District Judge